UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: FAVARIZ BUSINESS LIMITED

25 Misc. 198 (JHR) (VF)

ORDER ADOPTING REPORT AND RECOMMENDATION

JENNIFER H. REARDEN, District Judge:

On May 5, 2025, Favariz Business Limited ("FBL") initiated this *ex parte* miscellaneous case seeking an order pursuant to 28 U.S.C. § 1782. ECF No. 4. The requested order would "authoriz[e] [FBL] to obtain certain limited discovery from Bank of New York Mellon Corp. ('BNY Mellon') for use in an ongoing civil proceeding pending before the General Division of the High Court of the Republic of Singapore." *Id.* at 2. Before the Court is the Report and Recommendation of Magistrate Judge Valerie Figueredo recommending that the application be granted. ECF No. 11. The Court has examined the Report and Recommendation and notes that no objections have been filed. For the reasons set forth below, the Court finds no clear error and adopts Judge Figueredo's recommendation in its entirety.

**BACKGROUND**[1]

On May 7, 2025, this case was referred to Judge Figueredo for general pretrial management and dispositive motions. ECF No. 10.

On November 3, 2025, Judge Figueredo issued her Report and Recommendation recommending that the FBL's application be granted. ECF No. 11. The Report and Recommendation notified the parties that they had "fourteen (14) days . . . to file any objections." *Id*. at 16. The Report and Recommendation also cautioned that, "[i]f a party fail[ed] to file timely

[1] Familiarity with the facts, which are set forth in detail in the Report and Recommendation, is assumed. *See* ECF No. 11.

objections, that party w[ould] not be permitted to raise any objections to th[e] Report and Recommendation on appeal." *Id*. No objections were filed, and no extension of time was requested.

**DISCUSSION**

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court "must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also Oparaji v. Home Retention Corp*., No. 24-1444, 2025 WL 1901297, at *2 (2d Cir. July 10, 2025) (summary order). With respect to those portions of the report as to which no timely objection has been made, however, a district court need only satisfy itself that no clear error on the face of the record exists. *See, e.g.*, *In re Martinez*, No. 24 Misc. 306 (RA) (SN), 2025 WL 2505471, at *2 (S.D.N.Y. Sept. 2, 2025). A report and recommendation "is clearly erroneous if the reviewing court is 'left with the definite and firm conviction that a mistake has been committed.'" *Nazon v. Time Equities, Inc*., No. 21 Civ. 8680 (AT) (SLC), 2023 WL 1516905, at *1 (S.D.N.Y. Feb. 3, 2023) (quoting *Easley v. Cromartie*, 532 U.S. 234, 242 (2001)), *appeal withdrawn*, No. 23-259, 2023 WL 5570818 (2d Cir. July 12, 2023).

Although no objections have been filed, the Court has carefully reviewed the Report and Recommendation and, unguided by objections, finds no clear error. The Report and Recommendation is "well-reasoned and grounded in fact and law." *See, e.g.*, *Fredricks v. Desrochas*, No. 21 Civ. 8389 (JGLC) (SLC), 2025 WL 1018870, at *1 (S.D.N.Y. Apr. 4, 2025).

Accordingly, the Report and Recommendation is adopted in its entirety. The application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a foreign proceeding is GRANTED. Discovery is authorized consistent with Judge Figueredo's Report and

Recommendation. *See In Re: Ex Parte Application of Evgeny Volosov for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782.*, No. 25 Misc. 186 (JGK), 2026 WL 789524, at *1 (S.D.N.Y. Feb. 10, 2026).

The Clerk of Court is directed to terminate ECF Nos. 1 and 4, and to close the case.

SO ORDERED.

Dated: July 3, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge